UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MALIGU MEDIA, LLC,

           Plaintiff,

vs.

JOHN PRINCE,

           Defendant.

-----------------------------------------------------------X

Case No. 7:16-cv-05851-CS

Judge Seibel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/22/2018

### [PROPOSED] ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST JOHN PRINCE

Upon the attorney affidavit of Kevin T. Conway, sworn to the 17th day of May, 2018, and the exhibits thereto, copies of the affidavit of service of the summons and amended complaint, a copy of the certificate of the Clerk of the Court stating that no answer has been filed, and copies of all pleadings, it is hereby

**ORDERED** that Defendant John Prince show cause before this Court in Courtroom 621, United States Courthouse, 300 Quarropas Street, White Plains, New York, on July 5, 2018, at 10:15 a.m., or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 55 of the Federal Rules of Civil Procedure, for entry of default judgment against Defendant John Prince ordering monetary damages, permanent injunctive relief, and other ancillary equitable relief.

**ORDERED** that service of a copy of this order and annexed affidavit upon Defendant by mail or overnight courier at his last known address on or before May 25, 2018

*Objections to the relief requested herein to be filed and served by June 28, 2018*

2018, shall be deemed good and sufficient service thereof.

**DONE AND ORDERED** this 22nd day of May, 2018.

By: *Cathy Seibel* 5/22/2018
CATHY SEIBEL
**UNITED STATES DISTRICT JUDGE**